UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHAEL T. RIDDLE,

            Plaintiff,

       v.

UNUMPROVIDENT CORPORATION;
THE PAUL REVERE LIFE
INSURANCE COMPANY; AND NEW
YORK LIFE INSURANCE COMPANY,

           Defendants.

NO. CV-08-114-EFS

**ORDER OF DISMISSAL**

By Stipulation filed September 17, 2008 (Ct. Rec. 49), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter

2    this Order and distribute copies to counsel.

3    **DATED** this 26th    day of September 2008.

4

5                        S/ Edward F. Shea

                          EDWARD F. SHEA

6                  United States District Judge

7    Q:\Civil\2008\114.Dismissal.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2